**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| FIRST ADVANTAGE ENTERPRISE SCREENING CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INTERNATIONAL GOLDEN FOODS, LLC, )<br>)<br>Defendant. ) | Civil Action No. 1:22-cv-00727 (AJT/WEF) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the parties herein, pursuant to Rule 41(a)(1)(ii), that the above-captioned action be dismissed with prejudice and without costs, including attorneys' fees, to either party as against the other.

Dated:  November 22, 2022                    Respectfully submitted,

**MORRIS, MANNING & MARTIN LLP**

*/s/ Jessica A. Rodriguez*
Jessica A. Rodriguez
VA Bar No. 85430
1401 Eye Street, N.W., Suite 600
Washington, D.C. 20005
Telephone: 202.216.4801
Facsimile: 202.408.5146
jrodriguez@mmmlaw.com

Eric A. Larson
Admitted *Pro hac vice*
Hillary K. Lukacs
*Pro hac vice* pending
1600 Atlanta Financial Center
3343 Peachtree Road NE
Atlanta, Georgia  30326
Telephone: 404.495.3618
Facsimile: 404.365.9532
elarson@mmmlaw.com
hlukacs@mmmlaw.com

*Counsel for Plaintiff First Advantage Enterprise Screening Corporation*

SEEN AND AGREED:

**ROEDER, COCHRAN, PHILLIPS, PLLC**

*/s/ Stephen G. Cochran*
Stephen G. Cochran
Virginia Bar No.: 12956
8280 Greensboro Drive, Suite 550
McLean, Virginia 22102
Telephone: (703) 749-6034
Facsimile: (703) 749-6027
scochran@rcplaw.net

*Counsel for Defendant International Golden Foods, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of November 2022, I caused the foregoing **Joint Stipulation of Dismissal with Prejudice** to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification by e-mail of such filing to:

> Stephen G. Cochran, Esq.
> Roeder, Cochran, Phillips, PLLC
> 8280 Greensboro Drive,
> Suite 550
> McLean, VA 22102
> scochran@rcplaw.net

> */s/ Jessica A. Rodriguez*
> Jessica A. Rodriguez